HE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLGY INNOVATIONS, LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No. 2:17-cv-00787** |
| **STEWART INFORMATION SERVICES CORPORATION,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT NOTICE OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Stewart Information Services Corporation. ("Stewart"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss all of Symbology's claims WITH PREJUDICE with each party to bear its own costs and attorneys' fees. The defendant has not answered or filed a motion for summary judgment, therefore no order is required under the Rule.

Dated: May 9, 2018                                           Respectfully submitted,

                                                        /s/ Thomas C. Wright
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS, LLC**

-and-

/s/ Thomas N. Tarnay
Thomas N. Tarnay
Texas Bar No. 24003032
Sidley Austin, LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

**ATTORNEYS FOR DEFENDANT STEWART INFORMATION SERICES CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 9th day of May, 2018.

                                                        /s/ Thomas C. Wright
Thomas Wright